ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
6-12-2003
Luther D. Thomas, Clerk
By: [signature]
Deputy Clerk

QUEBELL P. PARKER; SANDRA SKYPEK, individually, as attorney in fact for Quebell Parker; and CHARLES PARKER, individually, as attorney in fact for Quebell Parker, and in the name of Quebell Parker,

Plaintiffs,

v.

SCRAP METAL PROCESSORS, INC., a Georgia corporation; L.B. RECYCLING, INC., a Georgia corporation; J. WAYNE MADDOX, individually and as the successor in interest to L.B. RECYCLING, INC.,

Defendants.

CIVIL ACTION

NO. 1:02-CV-0925-BBM

## VERDICT

### PART I
### PLAINTIFFS' CLAIMS UNDER THE CLEAN WATER ACT

(1) With regard to the Clean Water Act, we the jury find that the Defendants:

DID VIOLATE __X__

DID NOT VIOLATE ______

the Act.

52

**ONLY** IF YOU HAVE FOUND THAT THE DEFENDANTS HAVE VIOLATED THE CLEAN WATER ACT, PROCEED TO ANSWER QUESTIONS 2 AND 3.

(2) Having found that the Defendants violated the Clean Water Act, we the jury find that they did so in the following way(s)

(A) Discharging pollutants into streams without a permit

YES __x__ NO ______

(B) Discharging storm water runoff into streams without a permit

YES __x__ NO ______

(C) Violating the Georgia Water Quality Standards

YES __x__ NO ______

(3) Having found that the Defendants violated the Clean Water Act, we find, by a preponderance of the evidence, that the violation took place on

(1836)

[redacted] NUMBER OF DAYS.

**PART II**
**PLAINTIFFS' CLAIMS UNDER THE RESOURCE CONSERVATION RECOVERY ACT**

(4) With regard to the Resource Conservation Recovery Act, we find that the Defendants

DID VIOLATE __x__

DID NOT VIOLATE ______

the Act.

## PART III
## PLAINTIFFS' CLAIMS UNDER THE HAZARDOUS SITE RESPONSE ACT

(5) With regard to the Hazardous Site Response Act, we find that the Defendants

ARE LIABLE ___X___

ARE NOT LIABLE _______

for contribution for the cost of corrective action already taken by the Plaintiffs.

**ONLY** IF, IN RESPONSE TO QUESTION 5, YOU FOUND THAT THE DEFENDANTS ARE LIABLE TO CONTRIBUTE TO THE COST OF CORRECTIVE ACTION ALREADY TAKEN BY THE PLAINTIFFS, PLEASE ANSWER QUESTION 6.

(6) Having found that the Defendants are liable to pay the costs of corrective action already taken by the Plaintiffs in this action, we find that Defendants should contribute in the following amount:

$ 30,000 .

## PART IV
## PLAINTIFFS' CLAIMS FOR NUISANCE

(7) With regard to Plaintiffs' claims for nuisance, we find that the Defendants

DID ___X___

DID NOT _______

create and/or maintain a nuisance as to the Plaintiffs.

## PART V
## PLAINTIFFS' CLAIMS OF TRESPASS

(8) With regard to Plaintiffs' claims of trespass, we find that the Defendants

DID ___X___

DID NOT _______

trespass onto the property of the Plaintiffs.

## PART VI
## PLAINTIFFS' CLAIMS OF NEGLIGENCE

(9) With regard to Plaintiffs' claims of negligence, we find that the Defendants

WERE ___X___

WERE NOT _______

negligent in their actions towards the Plaintiffs.

## PART VII
## PLAINTIFFS' CLAIMS OF NEGLIGENCE PER SE

(10) With regard to Plaintiffs' claims of negligence per se, we find that the Defendants

WERE ___X___

WERE NOT _______

negligent per se in their actions towards the Plaintiffs.

## PART VIII
## CAUSATION

(11) If you have found in favor of the Plaintiffs, and against the Defendants with regard to nuisance, negligence, negligence per se or trespass, do you also find that the actions of the Defendants which resulted in the creation of a nuisance or which constituted negligence, negligence per se or trespass were the cause of any damage to the Plaintiffs?

YES ___X___

NO _______

ONLY IF YOU ANSWERED "YES" TO QUESTION 11, PROCEED TO QUESTION 12.

## PART IX
## DAMAGES

(12) We the jury award damages to the Plaintiffs in the amount of

$ 100,000 .

This damage award should be allocated as follows:

75,000 to be paid by Mr. J. Wayne Maddox

0 to be paid by L.B. Recycling, Inc.

25,000 to be paid by Scrap Metal Processors, Inc.

**PART X**
**EXPENSES OF LITIGATION AND ATTORNEYS' FEES**

(13) Do you find that the Defendants have acted in bad faith, or have been stubbornly litigious, or have caused the Plaintiffs unnecessary trouble and expense?

YES ___X___

NO ________

ONLY IF YOU ANSWERED "YES" TO QUESTION 13, PLEASE PROCEED TO QUESTION 14.

(14) Having found the Defendants have acted in bad faith, have been stubbornly litigious or have caused the Plaintiffs unnecessary trouble and expense, we make the following award to the Plaintiffs for expenses of litigation and attorneys' fees:

$ 120,000

This award for expenses of litigation and attorneys' fees should be allocated as follows:

90,000 to be paid by Mr. J. Wayne Maddox

0 to be paid by L.B. Recycling, Inc.

30,000 to be paid by Scrap Metal Processors, Inc.

## PART XI
## PUNITIVE DAMAGES

(15) We find that Mr. J. Wayne Maddox acted towards the Plaintiffs out of willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of a conscious indifference to the consequences of his actions?

Yes ___X___

No ________

If you answered "Yes" to Question 15, the law allows you, in your discretion, to award punitive damages against Mr. Maddox.

Having answered Question 15 "Yes," we award punitive damages in favor of the Plaintiffs, and against J. Wayne Maddox in the amount of:

$ 500,000

(16) Do you find that L.B. Recycling, Inc. acted towards the Plaintiffs out of willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of a conscious indifference to the consequences of its actions?

Yes ___X___

No ________

If you answered "Yes" to Question 16, the law allows you, in your discretion, to award punitive damages against L.B. Recycling, Inc.

Having answered Question 16 "Yes," we award punitive damages in favor of the Plaintiffs, and against L.B. Recycling in the amount of:

$ 250,000

(17) Do you find that Scrap Metal Processors, Inc. acted towards the Plaintiffs out of willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of a conscious indifference to the consequences of its actions?

Yes X

No ______

If you answered "Yes" to Question 17, the law allows you, in your discretion, to award punitive damages against Scrap Metal Processors, Inc.

Having answered Question 17 "Yes," we award punitive damages in favor of the Plaintiffs, and against Scrap Metal Processors, Inc. in the amount of:

$ 500,000.

SO SAY WE ALL.

FOREPERSON

DATED: June 12, 2003